UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-346 JVS (FFM) | Date | July 9, 2010 |
|---|---|---|---|
| Title | JOHN E. LOPEZ v. JAMES A. YATES | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS): ORDER TO SHOW CAUSE RE LATE FIRST AMENDED PETITION

   On January 15, 2010, petitioner John Eric Lopez filed the a Petition for Writ of Habeas Corpus by a Person in State Custody.  On February 3, 2010, this Court dismissed the petition with leave to amend.  Petitioner was granted up to March 5, 2010 to file an amended petition with that order.  On May 7, 2010, petitioner filed correspondence notifying the Court of his change of address.  As a result, the Court, *sua sponte*, extended petitioner's time to file his amended petition to June 21, 2010.

   As of the date of this order, petitioner has not filed an amended petition or requested an extension of time to file his amended petition.

   Petitioner is ordered to show cause within fifteen (15) days of the date of this order why this action should not be dismissed for failure to prosecute.

   Failure to file a timely response to this order will be deemed consent to the dismissal of this action.

|  | : |
|---|---|
| Initials of Preparer | JM |