UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC LOPEZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>TIM BUSBY, Warden,<br><br>　　　　Respondent.<br>_____ | Case No. CV 10-346 JVS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Motion to Dismiss and ordering Respondent to file an Answer to Petitioner's First Amended Petition within 30 days of the date of this order.

DATE: July 29, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE